JAMES M. SEYMOUR, JR., complainant and respondent,

*v.*

REBECCA GOODWIN, executrix, &c., of Hannibal Goodwin, deceased, defendant and appellant.

[Submitted July 6th, 1908.   Decided November 16th, 1908.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *68 N. J. Eq. (2 Robb.) 189*.

Mr. *Chauncey G. Parker,* for the appellant.

Mr. *Thomas L. Raymond,* for the respondent.

PER CURIAM.

It has previously been decided that the bill of complaint herein sets up a good cause of action. *Seymour* v. *Goodwin, 68 N. J. Eq. (2 Robb.) 189; 69 N. J. Eq. (3 Robb.) 833.* The cause came on to final hearing before Vice-Chancellor Stevens, who held that the material allegations of the bill were sustained by the evidence, and thereupon advised a final decree for the complainant. We agree with his conclusions, and the decree should therefore be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—15.

*For reversal*—None.